**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

JAEMYE BRANDON,

       Plaintiff,

vs.                                       NO.  05- 2246 -Ma/ V

                                             **Jury Demanded**

PETER A. ALDEA, M.D., and
COSMETIC SURGERY SPECIALISTS
OF MEMPHIS

       Defendants.

---

## JOINT SCHEDULING ORDER

---

       Pursuant to written notice, a scheduling conference was scheduled for May 19, 2005.

Pursuant to the notice, a telephone conference was held on Monday May 16, 2005,  J. Mark

Benfield, counsel for plaintiff, and Darrell E. Baker, Jr., counsel for defendants participated.

During the telephone conference , the following dates were agreed upon as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a) (1):** . . . . . . . . . June 2, 2005

**JOINING PARTIES:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 19, 2005

**AMENDING PLEADINGS:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 19, 2005

**INITIAL MOTIONS TO DISMISS:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 19, 2005

**COMPLETING ALL DISCOVERY:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 19, 2006

      **(a)**    **DOCUMENT PRODUCTION:** . . . . . . . . . . . . . . . . . . . . . October 15, 2005

      **(b)**     **INTERROGATORIES AND REQUESTS
             FOR ADMISSIONS:** . . . . . . . . . . . . . . . . . . . . . . . . . . . October 15, 2005

    (c)    **ALL DEPOSITIONS OTHER THAN EXPERT DEPOSITIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 15, 2006

    (d)    **EXPERT WITNESS DISCLOSURE (Rule 26):**

        (1)    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** . . . . . . . . . . . . . . . . . . . . . . . . . November 15, 2005

        (2)    **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** . . . . . . . . . . . . . . . . . . . . . . . . December 19, 2005

        (3)    **EXPERT WITNESS DEPOSITIONS:** . . . . . . . . . . . . . . . April 1, 2006

**FILING DISPOSITIVE MOTIONS:** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 20, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 5 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except

motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not at this time consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will be not modified or extended.

**IT IS SO ORDERED.**

_Diane K. Vescovo_

**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**

**DATE:** _May 16, 2005_

**APPROVED:**

_J. Mark Benfield_

J. Mark Benfield
BAILEY, CLARKE & BENFIELD
6256 Poplar Avenue
Memphis, TN 38119
(901) 680-9777

Darrell E. Baker, Jr.
Deborah Whitt
BAKER & WHITT, PLLC
6800 Poplar Avenue - Suite 205
Memphis, TN 38138
(901) 737-5656

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02246 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Jonathan Benfield
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable Samuel Mays
US DISTRICT COURT