IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.
05 NOV 15 AM 9: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JAEMYE BRANDON,

    Plaintiff,

vs.

NO. 05 2246 \Ma V

Jury Demanded

PETER A. ALDEA, M.D., and
COSMETIC SURGERY SPECIALISTS
OF MEMPHIS

    Defendants.

## ORDER GRANTING PARTIES' MOTION TO ENLARGE THE TIME FOR DESIGNATION OF EXPERTS

BEFORE THE COURT is the November 9, 2005, joint motion of the parties to Enlarge Time for Designation of Experts, pursuant to Federal Rules of Civil Procedure, 6(b), 16(b) and pursuant to United States District Court Western Division Local Rule 72.1(f). The motion has been referred to United States Magistrate Judge for determination. For the reasons stated in the accompanying Joint Motion to Enlarge Time for Designation of Experts, the Court finds that the parties have provided good cause that the motion should be granted, and that the parties' motion is timely, well-taken and should be granted.

The plaintiffs shall have until January 1, 2006 to designate experts and provide full Rule 26 disclosures. The defendants shall have until February 1, 2006 to designate their expert witnesses and provide full Rule 26 disclosures. In addition, the deadline for conducting the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-16-05

/0

depositions of all expert witnesses shall be extended until May 1, 2006. The deadline for filing of dispositive motions shall be extended until May 20, 2006. This extension will not affect any other deadlines for all other motions set in this case, nor will it affect the deadline for all other discovery, pre-trial conferences or the date of trial.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** that the parties' motion to Enlarge Time for Designation of Experts and for expert discovery be permitted as set forth in the form stated in the parties' Joint Motion to Enlarge Time for Designation of Experts.

*Diane K. Vescovo*
**DIANE VESCOVO**
United States Magistrate Judge

*November 14, 2005*
Date

APPROVED:

J. MARK BENFIELD, ESQ.
Attorney for the Plaintiffs
6256 Poplar Avenue
Memphis, TN 38119

DARRELL E. BAKER, JR. (BPR No. 16388)
Attorney for the defendants
6800 Poplar Avenue - Suite 205
Memphis, TN 38138
(901) 737-5656
(901) 737-5606 *fax*

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02246 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Jonathan Benfield
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable Samuel Mays
US DISTRICT COURT